IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Dariel M. Sledge
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Jail Facility
Officer Cunningham
Sheriff Floyd Bonner JR.

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
     A. Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

     B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1. Parties to this previous lawsuit
        Plaintiffs:  Dariel Sledge

        Defendants:  Tashonda Rolfe, Nicole Burke, S. Smith and
                     Dewayne Hendrix

        2. Court (if federal court, name the district; if state court, name the county):
           U.S. District Court, Eastern District of Arkansas (Helena)
        3. Docket Number: 2:19-CV-00001
        4. Name of judge to whom case was assigned: Judge Kristine G. Baker
        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still
           pending?)
           Case dismissed 02/10/2020, filed motion to reopen 6/03/2020
        6. Approximate date of filing lawsuit:  01/02/2019
        7. Approximate date of disposition:  02/10/2020 ???

II.   Place of Present Confinement: Shelby County Jail Facility, Memphis, Tn
      A. Is there a prisoner grievance procedure in the institution?
                                                              Yes (X)   No ( )
      B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )
      C. If your answer is Yes:
         1. What steps did you take? Filed an inmate grievance on matter and appealed the corruptive, fabricated response
         2. What was the result? No result: Corrupt, fabricated response from Sgt. McGhee, appeal was denied.
      D. If your answer is No, explain why not: _____

III.  Parties
      (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
      A. Name of Plaintiff Daniel Sledge, #1411410, Shelby County Jail
         Address 201 Poplar Ave Memphis, Tn 38103

      (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
      B. Defendant Officer Cunningham is employed as staff member/security with the Shelby County Jail at 201 Poplar Ave. Memphis, Tn 38103
      C. Additional Defendants: Sheriff Floyd Bonner Jr, Sgt. McGhee/4th floor shift Sgt. and Lt. Bunting/4th floor 1st shift Lieutenant

IV.   Statement of Claim

      State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On February 23, 2021, while being detained in the custody of the Shelby County Jail Facility, around about 1:00pm, I was assaulted by my cellmate (Inmate Kevin Owens #201088472, after officer Cunningham was personally informed of the situation at hand and neglected to comply with the Shelby County Jail Facility operational policies and procedures to ensure that my safety and well-being (a Shelby County Jail detainees) is adequately protected. After being assaulted and notifying officer Perkins, #864, of me being assaulted I was escorted "unhandcuffed" to

the Second floor medical department where-at Dr. Webb, I was transported to Regional One Hospital for further medical evaluation of the injury recieved to my left eye and jaw area. [extreme swelling and disfiguration]. Before being transported to Regional One Hospital, Shelby County Jail Gang Intelligence Unit officer Gray entered into the 2nd Flr, medical department inmate medical area and took camera photos of the injury I recieved.

Upon returning to the shelby County Jail Facility from Regional One Hospital I was informed I was relocated to another inmate housing pod 4E, where on 2/24/21, I was presented with an Inmate copy of an Incident report for disciplinary charges for inmate assault [see copy of enclosed inmate copy Exhibit A].

On 3/04/21, I personally submitted letters, via inhouse mail,
(1) to Shelby County sheriff, Floyd Bonner Jr. [which I have yet to recieve any response to as of this date] and a letter addressed to, 2/24/21
(2) Lt. Reed, chief Jailer, Kirk Fields, and Lt. Bunting, which was responded to advising me that my complaint relative to the negligence of officer Cunningham to comply with shelby county Jail policy and procedure to ensure the protection of my safety and well-being while detained in the shelby County Jail Facility's custody, was forwarded to Floor Sgt. L. McGhee and Lieutenant Bunting for further investigation [see copies of enclosed letters and response/ inhouse letter, 3/04/21]. Exhibit B

As well, on 3/1/21, I submitted an inmate grievance form #509849 relative to the unprofessionalism and negligence of shelby County Jail security staff member officer Cunningham, which I later recieved a fabricated, unjustified response letter from 4th floor Sgt. L. McGhee, dated March 10, 2021 [see enclosed copies of grievance #509849 and grievance/investigation response letter, Exhibit C]. I filed an appeal on this response on 3/17/21, which [see enclosed appeal copy #77126, D-Exhibit] The Shelby County sheriff, Floyd Bonner Jr, and the Shelby County Jail Administration have failed to respond appropiately to the negligence and unprofessionalism of officer Cunningham in comply with the shelby County Jail Facility's policies and procedures to ensure the protection of my well-being and safety while detained in the shelby County Jail Facility.

* Shelby County Jail surveillance footage reveal 3/23/21 incident occurred *

V.  Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to have me released from the custody of the Shelby County Jail facility on a reasonable bond amount, to ensure my safe and well-being is protected, also be compensated in the sum of $25,000.00 for the bodily harm and emotional distress caused by the negligence and unprofessionalism of Shelby County Jail staff security member, Officer Cunningham. And that officer Cunningham and Sgt. L. McGhee being sanctioned and/or employment with the Shelby County Jail Facility be terminated because of their negligent, unprofessional, fabricated and corruptive actions.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __31st__ day of __March__, 20__21__.

*Daniel Sledge*

(Signature of Plaintiff/Plaintiffs)

-3-

ENCLOSED Exhibits: A, B, C, and D- COPIES