# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DARIEL M. SLEDGE,

    Plaintiff,

v.                                                                                                                         Case No. 2:21cv-2211-MSN-tmp

SHELBY COUNTY JAIL FACILITY,
*et al.*,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 (ECF No. 1), filed April 2, 2021.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case; Certifying that an Appeal Would Not be Taken in Good Faith; Notifying Plaintiff of the Appellate Filing Fee; Notifying Plaintiff of the Court's Strike Recommendation under 28 U.S.C. § 1915(g); and Closing Case (ECF No. 18), docketed February 27, 2023, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 27, 2023

_____
Date

Case 2:21-cv-02211-MSN-tmp   Document 19   Filed 02/27/23   Page 2 of 2   PageID 97